IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOVATEK CORPORATION : CIVIL ACTION
:
v. :
:
FLORENCE MALLET, et al. : NO. 18-3279

ORDER

AND NOW, this 24th day of August, 2018, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Novatek Corporation for a preliminary injunction (Doc. # 3) is DENIED; and

(2) the Temporary Restraining Order entered on August 10, 2018 (Doc. # 8) and the Extended Temporary Restraining Order entered on August 23, 2018 (Doc. # 15) are VACATED.

BY THE COURT:


/s/ Harvey Bartle III
                                       J.